AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS.__

ROBERT WOOD AND
CHERYL WOOD

V.

THE UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10015WGY

TO: (Name and address of Defendant)

THE HONORABLE JOHN ASHCROFT
ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
TENTH STREET AND CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH C. BORSELLINO
DAVID R. BIKOFSKY
1150 WALNUT STREET
NEWTON, MA 02461

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE January 6, 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE FEBRUARY 11, 2004 | |
| NAME OF SERVER (PRINT) NEIL SCHNURBACH | TITLE LEGAL INTERN | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___FEBRUARY 11, 2004___    _____
                Date                    Signature of Server

1150 WALNUT STREET, NEWTON, MA. 02461
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.