UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ROBERT WOOD, et. al.                )
                                    )
    Plaintiffs,                     )
                                    )
        v.                          )        Civil Action No.
                                    )        04-10015-JGD
UNITED STATES POSTAL SERVICE,       )
                                    )
    Defendant.                      )
_____)

## SCHEDULING ORDER

This matter was before the court today for the initial scheduling conference held pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1. The parties reported that they will be proceeding with fact discovery and depositions, and wish to participate in the court's Alternative Dispute Resolution ("ADR") program in early fall. The court is issuing a separate Order referring this case to ADR for September or October of 2004. Upon completion of the ADR proceedings, the plaintiffs shall promptly report the results of such proceedings to the court, at which point the court will schedule a status conference if necessary.

    / s / Judith Gail Dein
Judith Gail Dein
DATED: June 2, 2004                 United States Magistrate Judge