**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  WOOD                                                </u>,
                    Plaintiff(s)

                                                                    CIVIL ACTION
                                                                    NO. 04-10015-JGD

                v.

<u>  UNITED STATES OF AMERICA                </u>,
                    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

                TO JUDGE <u>            DEIN            </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On <u>                         </u> I held the following ADR proceeding:

         <u>           </u>    SCREENING CONFERENCE    <u>         </u> EARLY NEUTRAL EVALUATION
         <u>           </u>    MEDIATION                           <u>         </u> SUMMARY BENCH / JURY TRIAL
         <u>          </u>     MINI-TRIAL                           <u>         </u> SETTLEMENT CONFERENCE

[ ]    All parties were represented by counsel [except <u>                              </u>]

[ ]    The parties were / were not present in person or by authorized corporate officer [except
       <u>                                             </u>].

       The case was:

[ ]    Settled. Your clerk should enter a <u>         </u> day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for <u>                  </u> unless the
       case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This
       case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
       <u>  The parties chose to proceed with private mediation.                              </u>
       <u>                                                                                     </u>

  <u>  8/31/04              </u>                              s/  <u>  Amy Bressler Nee                      </u>
            DATE
                                                           <u>  Deputy Clerk to Hon. A. David Mazzone  </u>

(Wood.wpd - 4/12/2000)                                                              [adrrpt.]